

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-80224-CIV-PAINE/JOHNSON

JOSEPH DARIS, on his own
behalf and others similarly situated,

    Plaintiff,

v.

THE STAR BAKERY OF DELRAY, INC.,
a Florida Corporation, and BAGELS BY STAR, INC.,
a Florida Corporation,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JOSEPH DARIS, Opt-In Plaintiff, ELIE ALCIDONIS, and Defendants, THE STAR BAKERY OF DELRAY, INC., pursuant to Fed. R. Civ. P. 41 and the Settlement Agreement entered into between the parties, hereby stipulate to the dismissal of the above-styled action with prejudice with each party to bear their attorneys' fees and costs in accordance with the terms of the Settlement Agreement. Pursuant to the Agreement, Plaintiff and Opt-In Plaintiff are receiving 100% of all amounts that could possibly be due in the claims filed in this case. The parties request the Court retain jurisdiction of this action to enforce the terms of the Agreement.

RESPECTFULLY SUBMITTED, this 3rd day of August, 2006.

| | |
|---|---|
| **SHAVITZ LAW GROUP, P.A.** | **AKERS & BOSWELL, P.A.** |
| 7800 Congress Avenue, Suite 108 | 2875 S. Ocean Boulevard, Suite 200 |
| Boca Raton, FL 33487 | Palm Beach, FL 33480 |
| Tel: 561-447-8888 | Tel: 561-547-6300 |
| Fax: 561-447-8831 | Fax: 561-828-9212 |
| | |
| **s/KEITH M. STERN** | **s/DON R. BOSWELL** |
| Fl. Bar No.: 321000 | Fl. Bar No.: 145894 |

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-80224-CIV-PAINE/JOHNSON

JOSEPH DARIS, on his own
behalf and others similarly situated,

    Plaintiff,

v.

THE STAR BAKERY OF DELRAY, INC.,
a Florida Corporation, and BAGELS BY STAR, INC.,
a Florida Corporation,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' Joint Stipulation of Dismissal with prejudice, and pursuant to the Settlement Agreement reached between the parties, and upon the full record, it is

ORDERED AND ADJUDGED that:

1.     This case is DISMISSED with prejudice. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties.

2.     Any and all pending motions are hereby DENIED AS MOOT.

3.     The Clerk of the Court shall enter this case CLOSED.

DONE AND ORDERED, in Chambers at West Palm Beach, Florida this \_\_\_\_\_ day of _____, 2006.

                                        _____
                                        JAMES C. PAINE
                                        UNITED STATES DISTRICT JUDGE

3

Copies furnished to:

Keith M. Stern, Esq., 7800 Congress Avenue, Suite 108, Boca Raton, FL 33487, (Tel: 561-447-8888; Fax: 561-447-8831)

Don R. Boswell, AKERS & BOSWELL, P.A., 2875 S. Ocean Boulevard, Suite 200, Palm Beach, FL  33480 (Fax: 561-828-9212)

3